IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VENKATA MADHUSUJITHA KAMISETTY, AKKAYYA CHAVALA, GAURI RAJENDRA JAGTAP, JERLINE SOPHIA LEO INFANT RAJ, TANVEE TEJALBHAI SHAH, SMITHA LNU, LUBNA KHALEELI, SUMITHA KOMMAREDDY, NAVEENAJANCY KASI BALASAMY, AKITA BASANT, BALAJI VIJAYAKUMAR, MEENAKSHI KAUR GURPREET MATHARU, VISWANATH VENKATA NARASIMHA NITTALA, KENA BHARATBHAI PATEL, SARANYA SUDANTHIRA KUMAR, VEENA SANDRA, GEETHA GOVINDAM, SNEHA DOMMETY, AARADHI TILVA, BABYNAVEENA MUDDANA, SHIPRA SHARMA, BHAVANI NARRA, SIMI TRESA ANTHONY, SUDHA RANI CHAGALA, REEMA MENON, SWATI SANAPALA, YAMINI KODALI, HARITHA KUMARI RAJULA, ANKITA KANUNGO, MADHURI KOTTE, ANU MANNILA MATHEW, SWETA PRASAD, RAJESH GANGINENI, and SUMALATHA TINKALA, <br><br> Plaintiffs, <br><br> vs. <br><br> TRACY RENAUD, Senior Official Peforming the Duties of the Director U.S. Citizenship and Immigration Services; <br><br> Defendant. | 4:20CV3131 <br><br> ORDER |

After conferring with counsel,

1) Plaintiffs' motion to conduct discovery of evidence outside the administrative record shall be filed on or before March 5, 2021, with the government's response due 14 days thereafter. No reply shall be filed absent leave of the court for good cause shown.

2) To avoid the delays that will be caused if personal information must first be redacted from the administrative record(s), the relevant administrative record(s) in this case shall be filed under restricted access.

3) The subpoenas to serve government witnesses served by Plaintiffs' counsel are quashed, without prejudice to re-serving if the court concludes discovery beyond the administrative record will be permitted in this case.

Dated this 23rd day of February, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge